UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PROGRESSIVE DEMOCRATS FOR SOCIAL JUSTICE, a Democratic Club Chartered by the Santa Clara County Democratic Party; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General for the State of California, <br><br> Defendant - Appellee. | No. 22-15323 <br><br> D.C. No. 4:21-cv-03875-HSG <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered July 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT